IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANDREW M. OBREGON,

     Plaintiff,

    v.

JAMIE BARKER and RADU FILIPESCU,[1]

     Defendants.

ORDER

Case No.  23-cv-681-jdp

In an order entered on May 10, 2024, plaintiff Andrew M. Obregon was granted leave to proceed against defendants Jamie Barker and Dr. Radu Filipescu. The Wisconsin Department of Justice filed a Notice indicating that it does not appear on behalf of defendant Dr. Radu Filipescu.

Because plaintiff paid the full $402 filing fee, he is not proceeding *in forma pauperis*, which means that 28 U.S.C. § 1915(d) does not require that the court effect service on plaintiff's behalf. Rather, I am directing the clerk's office to forward the summons, complaint, and a copy of the court's May 10, 2024, screening order to plaintiff to arrange for service on defendant Dr. Radu Filipescu following a method approved under Fed. R. Civ. P. 4. Attached to this order is the "Procedure for Serving a Complaint on an Individual in a Federal Lawsuit."

Pursuant to the informal service agreement between the Wisconsin Department of Justice and this court, the Department has agreed to accept electronic service of documents on behalf of the defendants it represents.  This means that for the remainder of this lawsuit, plaintiff does not have to send a paper copy of each document filed with the court to the

---

[1] I have amended the case caption to add defendants' first names as identified in the Acceptance of Service (dkt. 21).

Department or the defendants they represent.  The Department will access the document through the court's electronic filing system.

However, because the Department is not representing defendant Dr. Radu Filipescu, plaintiff will still be required to send paper copies of each document filed with the court to counsel for Dr. Radu Filipescu. Discovery requests or responses are an exception to the electronic service rule.  Usually, those documents should be sent directly to counsel for the opposing party and do not have to be sent to the court. Discovery procedures will be explained more fully at the preliminary pretrial conference.

ORDER

IT IS ORDERED that the clerk's office is directed to forward the summons and a copy of the complaint and the court's May 10, 2024, screening order to plaintiff to arrange for service on defendant Dr. Radu Filipescu. Plaintiff is to promptly serve the summons, complaint, and May 10, 2024 screening order, on defendant Dr. Radu Filipescu and file proof of service as soon as service has been accomplished.

Entered this 24th day of May, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge

2